An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO: B.R.H., A MINOR,

SHANNA R.H.,
Appellant,
vs.
CLARK COUNTY DEPARTMENT OF FAMILY SERVICES,
Respondent.

No. 65438

**FILED**

JUL 2 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant has filed a notice of withdrawal of appeal, which we construe as a motion to voluntarily dismiss this appeal. *See* NRAP 42(b). The motion is granted, and we hereby dismiss this appeal with the parties to bear their own costs and fees. *See id.*

It is so ORDERED.

_____, A.C.J.

cc: Hon. Robert Teuton, District Judge, Family Court Division
Aaron Grigsby
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24519